JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. FLORES, an individual ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PACTIV CORPORATION, A ) <br> DELAWARE Corporation; AND, DOES ) <br> 1 through 20, inclusive, ) <br> ) <br> Defendants. ) <br> ) | Case No. CV 06-6749 VBF (PLAx) <br><br> **[PROPOSED] JUDGMENT FOR DEFENDANT PACTIV CORPORATION** <br><br> THE HONORABLE VALERIE BAKER FAIRBANK <br><br> United States District Judge (Courtroom 9) <br><br> (LASC – CASE NO. BC 357635) |

1  After having been fully briefed by the Parties, the Motion for Summary
2  Judgment of Defendant Pactiv Corporation ("Defendant") was GRANTED on
3  December 19, 2007,
4
5  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that
6  Plaintiff shall take nothing from Defendant; that judgment on all claims be, and
7  hereby is, entered on the merits in favor of Defendant and against Plaintiff.
8
9  **IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED**
10 that Defendant shall recover from Plaintiff its costs of suit incurred herein in the
11 sum of $_____.
12
13 **IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED**
14 that said amount shall bear post-judgment interest at the legal rate from the date of
15 the entry of this Judgment until such amount is satisfied in full.
16
17 **IT IS SO ORDERED.**
18
19 Dated: January 14, 2008    _____
20                             THE HONORABLE VALERIE BAKER FAIRBANK
                                United States District Judge

**3**

Case No. 06 cv 6749 VBF (PLA)

1  Proposed Judgment Prepared and Respectfully Submitted By:

2

3  STACY D. SHARTIN (SBN 58281)
   sshartin@seyfarth.com
   Timothy L. Hix (State Bar No. 184372
4  thix@syefarth.com
   JENAI M. K. SUMIDA (SBN 214942)
5  jsumida@seyfarth.com
   **SEYFARTH SHAW LLP**
6  2029 Century Park East
   33rd Floor
7  Los Angeles, CA 90067-3063
   Telephone: (310) 277-7200
8  Facsimile: (310) 201-5219

9

10
   By: _____
11      STACY D. SHARTIN
        TIMOTHY L. HIX
12      JENAI M. K. SUMIDA
        Attorneys for Defendant
13      Pactiv Corporation

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**3**

**Case No. 06 cv 6749 VBF (PLA)**

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) Ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067. On January 2, 2008, I served the within documents:

**[PROPOSED] JUDGMENT FOR DEFENDANT PACTIV CORPORATION**

☒  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐  by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

Michael F. Sisson
Law Office of Michael F. Sisson
18411 Crenshaw Boulevard, Suite 220
Torrance, California  90504
tel:  (310) 719-8894
fax:  (310) 719-8897

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on January 2, 2008, at Los Angeles, California.

_____
*Susan Zuiker-Lewis*

**3**

**Case No. 06 cv 6749 VBF (PLA)**